UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 97-31310
_____


RUSTON A. ZELLER; THERESA ZELLER,

Plaintiffs-Appellants,

versus

UNUM LIFE INSURANCE COMPANY,

Defendant-Appellee.

_____

Appeal from the United States District Court
for the Eastern District of Louisiana
(96-CV-3514-C)
_____

October 7, 1998

Before REYNALDO G. GARZA, JONES and DeMOSS, Circuit Judges.

PER CURIAM:[1]

The court has considered appellants' position in light of
the briefs and pertinent portions of the record.  Having done so,
we find no reversible error of fact or law and affirm for
essentially the reasons stated by the district court.

---

[1]Pursuant to Local Rule 47.5, the court has determined that
this opinion should not be published and is not precedent except
under the limited circumstances set forth in Local Rule 47.5.4.